**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:23-CR-203-ALM-AGD-1** |
| | § | |
| **RONALD COLEMAN (1)** | § | |
| | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 2, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Mr. Cody Skipper. The Government was represented by Assistant United States Attorney Chalana Oliver.

On May 20, 2015, United States District Judge Amos L. Mazzant, III sentenced Defendant to a term of one-hundred and thirty (130) months imprisonment followed by three (3) years of supervised release. *See* Dkt. 2 at 1. On April 20, 2023, Defendant completed his term of imprisonment and began serving the term of supervision. *See id.*

On May 14, 2024, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 2), alleging Defendant violated six conditions of supervised release. *See id.* at 1–3. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not unlawfully possess a controlled substance; (3) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as

1

prescribed by a physician; (4) Defendant shall refrain from any unlawful use of a controlled substance; (5) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (6) Defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1)     On April 10, 2024, Defendant was arrested by the McKinney, Texas Police Department for Possession of Marijuana Greater Than 4 Ounces Less Than 5 Pounds, a State Jail Felony. He was released on a $7,500 surety bond on April 11, 2024.

According to the Affidavit for Search Warrant, on March 29, 2024, and April 9, 2024, Defendant traveled to a Circle K store in McKinney, Texas to distribute marijuana. On each date, upon arriving at the store he parked his vehicle at the gas pumps but never obtained fuel or entered the store. Defendant waited at the gas pumps until specific vehicles arrived and those vehicles also parked at the gas pumps.

Defendant and the drivers of the respective vehicles were observed by McKinney, Texas police officers contacting each other then both parties left the store without obtaining fuel or entering the store. Traffic stops were subsequently made on the other vehicles and the drivers were found with 4.3 grams of marijuana, and 6 grams of marijuana, respectively, that were purchased from Defendant. As such, an Affidavit for Search Warrant was signed for Defendant's residence and on April 10, 2024, the search warrant was executed on his residence. The warrant returned approximately 7 ounces of marijuana, assorted baggies, and a digital scale. He was subsequently taken into custody.

(2)–(3) On March 29, 2024, Defendant possessed marijuana, as evidenced by the information in the Affidavit for a Search Warrant indicating a McKinney, Texas Police Officer observed him distribute marijuana in McKinney, Texas.

On April 9, 2024, Defendant possessed marijuana, as evidenced by the information in the Affidavit for a Search Warrant indicating a McKinney, Texas Police Officer observed him distribute marijuana in McKinney, Texas.

On April 10, 2024, Defendant possessed marijuana, as evidenced by approximately 7 ounces of marijuana that was seized from his bedroom closet during the search conducted by the McKinney Police Department.

(4)–(5)  On October 27, 2023, Defendant submitted a urine specimen at the United States Probation Office, which tested positive for marijuana. The specimen was sent to the national testing laboratory and confirmed positive for marijuana.

On December 1, 2023, Defendant submitted a urine specimen at the United States Probation Office, which tested positive for marijuana. The specimen was sent to the national testing laboratory and confirmed positive for marijuana.

(6)     Defendant failed to report as instructed for the following months: January 2024; August 2023; November 2023; and December 2023. He was previously instructed to report by the fifth of every month, and the above reports were submitted electronically after the fifth of the month.

On July 2, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for July 2, 2024. Defendant entered a plea of true to allegations four through six, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt 16. The Government moved to withdraw allegations one through three, which the Court granted. *See* Minute Entry for July 2, 2024. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 2, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to run consecutive to any other term of imprisonment, with twenty-six (26) months of supervised release to follow under the previous conditions of supervised release. The Court further recommends Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

**So ORDERED and SIGNED this 3rd day of July, 2024.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE